# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John A. Nordberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 99 C 639 | **DATE** | 4/6/2010 |
| **CASE TITLE** | SOUND OF MUSIC vs. MINNESOTA MINING | | |

**DOCKET ENTRY TEXT**

Enter order for immediate disposal of said exhibits. Attorney Alan Cary S. Fleischer, counsel for plaintiff, and attorney Michael R. La Porte, counsel for defendant in case 99cv639 have failed to comply with the Clerk's Notice of Exhibit Disposal pursuant to LR 79.1. All counsel was notified on 02/26/2010 via electronic notice, and given 30 days to retrieve Fleischer exhibit 58 also La Porte exhibit 52 see document number 83.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|